

# Fourth Court of Appeals
## San Antonio, Texas

January 4, 2022

No. 04-21-00476-CV

**IN THE INTEREST OF A.R.M.**, a Child

From the 454th Judicial District Court, Medina County, Texas
Trial Court No. 19-11-26159-CV
Honorable Dennis Powell, Judge Presiding

# O R D E R

Appellant's court-appointed attorney has filed a brief pursuant to *Anders v. California*, 368 U.S. 738 (1967) and a motion to withdraw; however, the motion to withdraw is not accompanied by:

(1) an exhibit showing that counsel has notified appellant of the motion to withdraw and the accompanying *Anders* brief and provided appellant with a copy of each;

(2) an exhibit showing that counsel has informed appellant of appellant's right to seek discretionary review should the court of appeals declare appellant's appeal frivolous; and

(3) an exhibit showing that counsel has notified appellant that, should appellant wish to exercise the right to review the appellate record in preparing to file a response to the *Anders* brief, appellant should immediately file a motion for *pro se* access to the appellate record with this court and provided appellant with a form motion for this purpose and a mailing address for this court.

*See Kelly v. State*, 436 S.W.3d 313, 319–20 (Tex. Crim. App. 2014); *Nichols v. State*, 954 S.W.2d 83, 85–86 (Tex. App.—San Antonio 1997, no pet.); *see also In re P.M.*, 520 S.W.3d 24, 27 n.10 (Tex. 2016) (per curiam) (recognizing that *Anders* procedures apply in parental termination cases).

It is therefore ORDERED that appellant's attorney file an amended motion to withdraw with the requisite exhibit in this court **no later than January 7, 2022**.

_____
Rebeca C. Martinez, Chief Justice

      IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of January, 2022.

_____
Michael A. Cruz,
Clerk of Court